# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK W. KING;<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN B. MEEK,<br><br>　　　　Defendant. | CASE NO.  1:14-cv-02079-AWI-GSA<br>Honorable Anthony W. Ishii<br>Courtroom 2<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE AND ENTERING JUDGMENT IN FAVOR OF DEFENDANT**<br><br><br>Date Removed:  December 29, 2014 |

　　　The Order granting Defendant John B. Meek's Motion to Dismiss the Complaint pursuant to Rule 12(b)(2) and 12 (b)(6) was entered by this Court on June 10, 2015.  The Court granted Plaintiff Mark W. King, Esq. (State Bar No. 242197) leave to amend his complaint within thirty days of entry of that Order. Accordingly, Plaintiff was required to file his amended complaint on or before July 10, 2015.

///

///

///

**JUDGMENT AND DISMISSAL OF COMPLAINT**

1 | Plaintiff has failed to file an amended complaint and therefore, the complaint in this matter is
2 | dismissed with prejudice and judgment is entered in favor of Defendant John B. Meek and against
3 | Plaintiff Mark W. King. Defendant is awarded and shall recover his costs of suit.[1]

4 | This Order terminates the case. The Clerk of the Court is respectfully directed to close this
5 | case.

7 | IT IS SO ORDERED.

8 | Dated: __July 16, 2015__ _____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

---

[1] The Local Rules of the Eastern District of California state that "[c]osts shall be taxed in conformity with the provisions of 28 U.S.C. § 1920." L.R. 292(a); *see* Fed.R.Civ.P. 54.